**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF MASSACHUSETTS**

| | |
|---|---|
| **Marni Zelnick** )<br>      **Plaintiff,** )<br>**v.** )<br> )<br>**Trustees of Boston University** )<br>      **Defendant** )<br> ) | **1:26-cv-10879-MJJ** |

**ORDER OF RECUSAL**

**Joun, D.J.**

      I hereby recuse myself from the consideration of the above-entitled case pursuant to 28 U.S.C. § 455.

**SO ORDERED**.

                                          /s/ Myong J. Joun
                                          Myong J. Joun
                                          United States District Judge

Date:  February 20, 2026